UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JAN 19 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

KAZENERCOM TOO; et al.,

               Plaintiffs - Appellants

v.

IBAR DEVELOPMENT, LLC; et al.,

               Defendants - Appellees

and

YERKIN AKKUZOV; et al.,

               Third-party-defendant - Appellees

———————————————

WELLS FARGO BANK NA,

               Third-party-defendant

No. 09-56329

D.C. No. 8:09-cv-00059-JVS-MLG
U.S. District Court for Central
California, Santa Ana

**MANDATE**

---

KAZENERCOM TOO; et al.,

               Plaintiffs - Appellees,

YERKIN BEKTAYEV,

               Plaintiff-counter-defendant -

No. 10-55458

D.C. No. 8:09-cv-00059-JVS-MLG
U.S. District Court for Central
California, Santa Ana

Appellee,

v.

ANATOLY VANETIK, ("TONY"),

Defendant - Appellant.

_____

IBAR DEVELOPMENT, LLC; et al.,

Defendants,

TURAN PETROLEUM, INC.,

Defendant-counter-defendant,

and

KANET MEIRMANOV,

Plaintiff-third-party-plaintiff,

and

YERKIN AKKUZOV; et al.,

Third-party-defendant.

BERIK BEKTAY,

Plaintiff - Appellant,

YERKIN BEKTAYEV; KANET MEIRMANOV,

No. 10-55922

D.C. No. 8:09-cv-00059-JVS-MLG
U.S. District Court for Central California, Santa Ana

Plaintiff-counter-defendant-third party plaintiff - Appellants,

and

KAZENERCOM TOO; et al.,

Plaintiffs,

v.

TURAN PETROLEUM, INC.,

Defendant-counter-defendant - Appellee,

and

TREK RESOURCES, INC.; et al.,

Defendants,

and

YERKIN AKKUZOV; et al.,

Third-party-defendants.

The judgment of this Court, entered December 27, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk